NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| WILLAM GALLGHER AND BARBARA GALLAGHER, | : : | |
|       Plaintiffs, | : | Civil Action No. 14-7959 (ES) (JAD) |
| v. | : : | MEMORANDUM & ORDER |
| STATE FARM INSURANCE COMPANY, | : : | |
|       Defendant. | : : | |

SALAS, DISTRICT JUDGE

Pending before the Court is United States Magistrate Judge Joseph A. Dickson's *sua sponte* Report and Recommendation ("R&R") that the undersigned dismiss Plaintiff's complaint pursuant to L.Civ.R. 41.1(a) and Fed. R. Civ. P. 41(b). (D.E. No. 9). Judge Dickson concluded that Plaintiffs, by failing to (a) submit a proposed joint discovery plan; (b) prosecute the action; (c) appear for the initial conference; and (d) submit a status letter pursuant to the Court's order have (1) demonstrated personal responsibility for the delay; (2) been consistently dilatory; (3) prejudiced Defendant State Farm, who appeared for initial conference; and (4) have shown willful conduct with respect to their failure to appear. (R&R at 2-3). Accordingly, Judge Dickson dismissed the complaint under L.Civ.R. 41.1(a) and Fed. R. Civ. P. 41(b). (*Id.*).

Objections to the R&R were due by May 26, 2015 pursuant to L.Civ.R. 72.1(c)(2). A review of the docket shows that neither party has objected.

Having reviewed the parties' submissions in this matter and Judge Dickson's Report and Recommendation, and for the reasons stated therein,

1

IT IS on this 5th day of June 2015,

**ORDERED** that this Court adopts Magistrate Judge Dickson's Report and Recommendation, (D.E. No. 9), in full, as the Opinion of this Court; and it is further

**ORDERED** that Plaintiff's Complaint is dismissed pursuant to L.Civ.R. 41.1(a) and Fed. R. Civ. P. 41(b); and it is further

**ORDERED** that the Clerk shall mark this case closed.

**SO ORDERED.**

*s/ Esther Salas*
**Esther Salas, U.S.D.J.**

2